

# Fourth Court of Appeals
## San Antonio, Texas

October 4, 2018

No. 04-18-00622-CR

Ruben **JASSO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2005CR6326W
Honorable Sid L. Harle, Judge Presiding

# O R D E R

On August 18, 2005, Ruben Jasso was convicted of forging a commercial instrument. On August 29, 2018, appellant filed a pro se notice of appeal from a negotiated plea, seeking to appeal his underlying conviction. The clerk's record contains a copy of the judgment of conviction and does not include a motion for new trial. Because appellant did not file a timely motion for new trial, the deadline for filing a notice of appeal was September 17, 2005. *See* TEX. R. APP. P.26.2(a)(1). A notice of appeal was not filed, however, until August 29, 2018, and at no point did appellant timely file a motion for extension of time to file the notice of appeal. *See id.* R. 26.3.

We therefore **ORDER** appellant to file a written response in this court **on or before November 5, 2018** showing cause why we should not dismiss this appeal for want of jurisdiction. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996) (holding that timely notice of appeal is necessary to invoke court of appeals' jurisdiction). If appellant fails to satisfactorily respond within the time provided, the appeal will be dismissed for want of jurisdiction. If a supplemental clerk's record is required to show jurisdiction, appellant must ask the trial court clerk to prepare one and must notify the clerk of this court that such a request was made.

In addition, the trial court signed a certificate stating this "is a plea-bargain case, and the defendant has NO right of appeal." See TEX. R. APP. P. 25.2(a)(2). Although we have yet to determine if appellant filed a timely notice of appeal, this court is required to dismiss an appeal

"if a certification that shows the defendant has the right of appeal has not been made part of the record." *See id.* R. 25.2(d).

Accordingly, appellant is hereby given notice that in the event we determine appellant timely filed a notice of appeal, this appeal will be dismissed pursuant to rule 25.2(d) of the Texas Rules of Appellate Procedure unless an amended certification showing that appellant has the right to appeal is made part of the appellate record **on or before November 5, 2018**. *See id.*; *See id.* R. 37.1; *Daniels v. State*, 110 S.W.3d 174 (Tex. App.—San Antonio 2003, order), disp. on merits, No. 04-03-00176-CR, 2003 WL 21508347 (July 2, 2003, pet. ref'd) (not designated for publication).

We order all appellate deadlines suspended until further order of the court. We further order the clerk of this court to serve copies of this order on appellant, the attorneys of record and the court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of October, 2018.



_____
Keith E. Hottle
Clerk of Court